## ALLEY *v.* HALCOMBE.

LUMPKIN, J.—The judgment denying a rule absolute upon the mortgage foreclosure was, in effect, a judgment of nonsuit; and it was too late, after the expiration of the term at which it was rendered, to move to reinstate the plaintiff's case because of error committed in the rendition of that judgment. The plaintiff should either have moved to reinstate during the term, or have filed a bill of exceptions within the time prescribed by law.

July 29, 1895.                              *Judgment affirmed.*

Motion to set aside judgment. Before Judge WELLBORN. White superior court. October term, 1894.

Alley filed a petition to foreclose a mortgage against Halcombe, who interposed several pleas. Without a

verdict, the court adjudged that the rule absolute be refused, it being made to appear, by the judgment both of the superior court and the Supreme Court, that the land covered by the mortgage was not subject to the debt to secure which the mortgage was given. At the next term the plaintiff moved to set aside this judgment, alleging that it was void and was rendered under a mistake and a misapprehension of the law. The motion was overruled, and plaintiff excepted.

H. H. DEAN, W. T. CRANE and J. W. H. UNDERWOOD, for plaintiff. J. B. ESTES and PERRY & CRAIG, contra.